UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 DEC -9 P 4: 16

BY DEPUTY CLERK

UNITED STATES OF AMERICA

versus                                                      CIVIL NO.08-620-JJB-DLD

ONE DIAMOND "JOURNEY' PENDANT,
ONE PAIR OF "JOURNEY" DIAMOND
EARRINGS, ONE PAIR OF YELLOW
AND WHITE DIAMOND EARRINGS,
ONE GLOCK 23, .40 PISTOL, ONE
MOSBERG 12 GAUGE SHOTGUN, ONE
TAURUS PISTOL MODEL 1-22003 1R, PT22,
FIVE THOUSAND DOLLARS AND NO/100
IN UNITED STATES CURRENCY ($5,000.00),
ONE THOUSAND THREE HUNDRED-
FIFTEEN DOLLARS AND NO/100 ($1,315.00)
IN UNITED STATES CURRENCY, AND ONE LOT
OR PARCEL OF GROUND IN DAYTON SUBDIVISION,
DESIGNATED AS LOT NUMBER 35-A, BEARING
MUNICIPAL ADDRESS 4317 PLANK ROAD, BATON
ROUGE, LOUISIANA

## DEFAULT JUDGMENT OF FORFEITURE

Considering the Verified Complaint of Forfeiture against the named defendant properties;

And it appearing that process was fully issued, published and returned in accordance to

law;

And that no interested person has filed a claim, answered, or otherwise defended within

the time allowed and as required by the Federal Rules of Civil Procedure, the Supplemental

Rules for Certain Admiralty and Maritime Claims;

And considering the United States' Application to the Clerk of Court for Entry of

Preliminary Default and to the Court for Judgment by Default,

And an entry of preliminary default having been entered against the defendant properties;

**IT IS HEREBY ORDERED** that judgment by default be rendered herein in favor of the

United States of America and against the following defendant properties:

ONE DIAMOND "JOURNEY' PENDANT, ONE PAIR OF "JOURNEY"
DIAMOND EARRINGS, ONE PAIR OF YELLOW AND WHITE DIAMOND
EARRINGS, ONE GLOCK 23, .40 PISTOL, ONE MOSBERG 12 GAUGE
SHOTGUN, ONE TAURUS PISTOL MODEL 1-22003 1R, PT22, FIVE
THOUSAND DOLLARS AND NO/100 IN UNITED STATES CURRENCY
($5,000.00), ONE THOUSAND THREE HUNDRED-FIFTEEN DOLLARS
AND NO/100 ($1,315.00) IN UNITED STATES CURRENCY, AND ONE LOT
OR PARCEL OF GROUND IN DAYTON SUBDIVISION, DESIGNATED AS
LOT NUMBER 35-A, BEARING MUNICIPAL ADDRESS 4317 PLANK
ROAD, BATON ROUGE, LOUISIANA,

**IT IS FURTHER ORDERED** that the above named defendant properties are hereby

condemned and forfeited to the United States of America to be disposed of according to law.

Signed this 9th day of December, 2008, at Baton Rouge, Louisiana.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE